**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS GONZALEZ,[1] <br>           Petitioner, <br>      v. <br> DAVID BAUGHMAN, Warden, <br>           Respondent. | Case No. CV 15-7856-PSG (JPR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636. On April 10, 2017, Petitioner filed objections to the R. & R., in which he expressly "reiterat[es] . . . his arguments within the four corners of his traverse." (Objs. at 1.) Those arguments were thoroughly addressed and rejected in the R. & R.

Having made a de novo determination of those portions of the R. & R. to which Petitioner has filed objections, the Court accepts the findings and recommendations of the Magistrate Judge.

---

[1] Petitioner identifies himself as Jesus "Gonzales, Jr." on his objections even though "Gonzalez" is the name he used on the Petition and associated with his prison identification number.

```
 1        IT THEREFORE IS ORDERED that Judgment be entered denying the
 2   Petition and dismissing this action with prejudice.
 3                                    [signature]
 4   DATED: 5/1/17                    _____
                                      PHILIP S. GUTIERREZ
 5                                    U.S. DISTRICT JUDGE
```