# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GONZALEZ, | Case No. CV 15-7856-PSG (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| DAVID BAUGHMAN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 5/1/17

PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE